

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:      01-18-00493-CV

Trial Court Cause
Number:      2008-51588A

Style:      Andrew Whallon

     **v** Candlelight Trails 1 Association, Inc.

Date motion filed*:      January 17, 2020

Type of motion:      Second Motion for Extension of Time to File Motion for Rehearing

Party filing motion:      Appellant, Andrew Whallon

Document to be filed:      Motion for Rehearing

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:      December 2, 2019

     Number of previous extensions granted:    1

     Date Requested:      February 3, 2020

Ordered that motion is:

     ☒    Granted

         If document is to be filed, document due:  February 3, 2020

         ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐    Denied

     ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐    Other: _____

Judge's signature: /s/ Sherry Radack
           ☑ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: January 23, 2020